# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**FILED** JUL 30 2004

DOCKETED AUG 04 2004

JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

**Plaintiff(s)**
Mr. Adam Bednarczyk

v.

Abbott Laboratories
**Defendant(s)**

Case No. 04C 3960

Judge Leinenweber

Amendments to complaints

1. Position 6: The defendant discriminated against the plaintiff on corrected date year 2003

2. Position 12f.
   the plaintiff was dismissed on 12.11.2003

Adam Bednarczyk
07.30.2004

EEOC Form 212-A (3/98)

# U.S. Equal Employment Opportunity Commission

TO: Illinois Department Of Human Rights
100 West Randolph Street
Floor 10-100
Chicago, IL 60601

Date: **Mar 01, 2004**

EEOC Charge No.
**210-2004-03087**

FEPA Charge No.

CHARGE TRANSMITTAL

SUBJECT:

| Adam Bednarczyk | v. | ABBOTT LABORATORIES |
|---|---|---|
| *Charging Party* | | *Respondent* |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC  ☐ _____  on  **Mar 01, 2004**
                    Name of FEPA                                  Date of Receipt

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver          ☐ FEPA waives

☐ No waiver requested             ☐ FEPA will investigate the charge initially

*(Stamp: DEPT. OF HUMAN RIGHTS RECEIVED MAR 1 1 2004)*

Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| John P. Rowe, District Director | *[signed]* |

| Adam Bednarczyk | v. | ABBOTT LABORATORIES |
|---|---|---|
| *Charging Party* | | *Respondent* |

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| Rocco J. Claps | *Daniel McGuire* |

TO: Chicago District Office
500 West Madison St
Suite 2800
Chicago, IL 60661

Date: 3/2/04

EEOC Charge No.
**210-2004-03087**

FEPA Charge No.

Equal Employment Opportunity Commission

## DISMISSAL AND NOTICE OF RIGHTS

To: Adam Bednarczyk
13200 W. Heiden Circle
Lake Bluff, IL 60044

From: Equal Employment Opportunity Commission
500 West Madison
Suite 2800
Chicago, Illinois 60661

Certified No.: 7001 0360 0000 0464 2616

[ ] *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210-2004-03920 | Nanisa Pereles, Investigator | (312) 353-8739 |

*(See the additional information attached to this form.)*

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[ ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ] Respondent employs less than the required number of employees.

[ ] Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[X] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] Other (*briefly state*)

### - NOTICE OF SUIT RIGHTS -

[X] **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[ ] **Age Discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[ ] **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

4/19/2004

On behalf of the Commission

John P. Rowe, District Director

Enclosures
Information Sheets
Copy of Charge
: Respondent(s)   Abbott Laboratories

EEOC Form 161 (Test 5/95)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>210-2004-03920 |
|---|---|---|

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Mr. Adam Bednarczyk | Home Phone No. (Incl Area Code)<br>(847) 739-2309 | Date of Birth<br>07-30-1940 |
|---|---|---|

Street Address: 13200 W. Heiden Circle, Lake Bluff, IL 60044

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>ABBOTT LABORATORIES | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(847) 937-6100 |
|---|---|---|

Street Address: 200 Abbott Park Rd, North Chicago, IL 60064

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-01-2003   Latest: 12-11-2003
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on April 10, 2000. My most recent position was Qualification Engineer. Beginning in November 19, 2002, I complained to Respondent about improper procedures. Following my complaints, I was subjected to harassment by my Supervisor from March 2003 until my discharge on December 11, 2003.

I believe that I have been retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Apr 06, 2004
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)